**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**SAIM SARWAR,**

    *Plaintiff*,

v.                                          Case No. SA:20-CV-1098-JKP-RBF

**AJNISHA BUILDERS, LLC,**

    *Defendant*.

### ORDER OF DISMISSAL

The Court has under consideration *Plaintiff's Motion for entry of Default Judgment* (ECF No. 10) and *Plaintiff's Notice of Voluntary Dismissal with Prejudice* (ECF No. 11). Based upon the notice of dismissal, the Court **FINDS** the motion **MOOT** and **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The parties shall each bear their own costs, attorneys' fees, and expenses. **The Clerk of Court is directed to close this case.**

**IT IS SO ORDERED this 22nd day of February 2021.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**